1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY W. CLARK,

               Plaintiff,

      v.

MENTAL HEALTH ORGANIZATION
DEPARTMENT OF CORRECTIONS, et al.,

               Defendants.

Case No.  C10-5396RBL/JRC

REPORT AND RECOMMENDATION
TO DENY IN FORMA PAUPERIS
STATUS

**NOTED FOR**:
September 17, 2010

This Civil Rights Action filed pursuant to 42 U.S.C. § 1983 has been referred to the

undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local

Magistrates' Rules MJR 1, MJR 3, and MJR 4.

Before the court is a motion to proceed in forma pauperis (Dkt. # 2). Consideration of the

motion was delayed because plaintiff was pursuing a dual tract trying to pay the fee and not

providing all information needed for consideration of this motion.  On July 28, 2010 plaintiff

paid the filing fee.  The court, therefore, recommends that the motion to proceed in forma

pauperis be denied.

Plaintiff will need to make arrangements for service of process as he is not proceeding in

forma pauperis.  Plaintiff should consult Fed. R. Civ. P.  4.

REPORT AND RECOMMENDATION- 1

1   Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have

2  fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P.

3  6.  Failure to file objections will result in a waiver of those objections for purposes of appeal.

4  Thomas v. Arn, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the

5  clerk is directed to set the matter for consideration on September 17, 2010, as noted in the

6  caption.

7

8   Dated this 23rd day of August, 2010.

9

10

11  J. Richard Creatura
    United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REPORT AND RECOMMENDATION- 2