UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY W. CLARK,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MENTAL HEALTH ORGANIZATION DEPARTMENT OF CORRECTIONS et al.,<br><br>　　　　　　　Defendants. | No. 10-5396RBL/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is dismissed without prejudice for failure to serve any named defendant and failure to comply with a court order to show cause.

(3) The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 5th day of July, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1