# United States District Court
WESTERN DISTRICT OF WASHINGTON

LARRY W. CLARK

   v.

MENTAL HEALTH ORGANIZATION
DEPARTMENT OF CORRECTIONS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5396RBL/JRC

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 THE COURT HAS ORDERED THAT

   The Court adopts the Report and Recommendation; and

   This action is dismissed without prejudice for failure to serve any named defendant and failure to comply with a court order to show cause.

| | |
|---|---|
|  July 6, 2011 |   WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| |   *s/CM Gonzalez* |
| | Deputy Clerk |